IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SYLVIA RICHELLE MASK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:05-cv-738-WKW ) (WO) |
| CHICKERING CLAIMS/AETNA, | ) ) |
| Defendant. | ) |

**O R D E R**

After an independent and *de novo* review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1) The objection filed by the plaintiff on December 20, 2006 (Doc. # 29) is overruled;

(2) The recommendation of the United States Magistrate Judge entered on December 7, 2006 (Doc. # 28) is adopted;

(3) The motions for summary judgment filed by the plaintiff (Docs. 22 & 23) are DENIED.

(4) The motion for summary judgment filed by the defendant (Doc. # 19) is GRANTED; and

(5) The above-styled case is DISMISSED with prejudice.

An appropriate judgment shall be entered.

DONE this 21st day of December, 2006.

　　　　　　　　　　　　　　　　　　/s/  W.  Keith  Watkins
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE